# STATE OF MICHIGAN

# COURT OF APPEALS

STEVEN ILIADES and JANE ILIADES,

Plaintiff-Appellants,

v

DIEFFENBACHER NORTH AMERICA INC,

Defendant-Appellee.

UNPUBLISHED
October 16, 2018

No. 324726
Oakland Circuit Court
LC No. 12-129407-NP

ON REMAND

Before: RONAYNE KRAUSE, P.J., and JANSEN and STEPHENS, JJ.

JANSEN, J. (*dissenting*).

I respectfully dissent for the same reasons expressed in my earlier dissenting opinion. *Iliades v Dieffenbacher North America, Inc*, unpublished per curiam opinion of the Court of Appeals, issued July 19, 2016 (Docket No. 324726) (JANSEN, J. dissenting).

I would affirm the trial court's order granting summary disposition in favor of defendant.

/s/ Kathleen Jansen

-1-